# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 11, 2012

Robert P. Young, Jr.,
Chief Justice

144924

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

In re TRIMBLE, Minors.

SC: 144924
COA: 305106; 305108
Oakland CC Family Division:
2008-745996-NA

_____/

On order of the Court, the application for leave to appeal the March 15, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 11, 2012

_____
Clerk

d0508